**FILED IN CHAMBERS**
U.S.D.C. Atlanta

MAR 16 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs.

T'MICHAEL JONES

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 1:11-MJ-406

Charges against the defendant are filed based upon a(n):

**X** indictment ☐ information ☐ complaint ☐ other (specify)

charging a violation of **Title 21, United States Code, Section(s) 846, 841.**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | MIDDLE DISTRICT OF GEORGIA/ALBANY DIVISION |
| **DATE OF OFFENSE:** | |
| **DESCRIPTION OF CHARGES:** | CONSPIRACY/CONTROLLED SUBSTANCE. |
| **BOND IS FIXED AT:** | $REQUEST BOND HEARING IN CHARGING DISTRICT. |

**TO:   THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 16TH day of March, 2011.

Russell G. Vineyard
UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

| | |
|---|---|
| **Date Commitment Order Received:** | |
| **Place of Commitment:** | |
| **Date Defendant Committed:** | |
| **Date:** | |
| **United States Marshal:** | |
| **(By) Deputy Marshal:** | |